UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHNNY FIGUEROA,<br><br>       Plaintiff,<br><br>    -v.-<br><br>THE CITY OF NEW YORK, GIOVANNI CAGGIA, DAVID DIMITRI, MARY PADOVANO, JOHN AND JANE DOE,<br><br>       Defendants. | 19 Civ. 11178 (KPF)<br><br>ORDER |

KATHERINE POLK FAILLA, District Judge:

  There is currently a post-fact discovery conference in this matter scheduled for February 10, 2021. In light of Corporation Counsel's withdrawal from the representation of Defendants Padovano and Caggia, and the Defendants' requests for time to retain new counsel, the post-fact discovery conference is adjourned *sine die*.

  SO ORDERED.

Dated:  January 15, 2021
      New York, New York

                KATHERINE POLK FAILLA
                United States District Judge