```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/29/2021

JOHNNY FIGUEROA,

                       Plaintiff,

      -against-

THE CITY OF NEW YORK, et al.,

                       Defendants.

**ORDER SCHEDULING SETTLEMENT CONFERENCE**

**19-CV-11178 (KPF)**

```
-----------------------------------------------------------------X
```

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

      A settlement conference in this matter is scheduled for **Wednesday, August 4, 2021 at 11:00 a.m.** in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York. Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. **Counsel and parties are required to follow the Court's COVID-safety protocols and should review the Court's website in advance of the conference for the most up to date information.** The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parker's Individual Rules of Practice. Pre-conference submissions must be received by the Court no later than **July 28, 2021 by 5:00 p.m.**

      SO ORDERED.

Dated: June 29, 2021
      New York, New York

*Katharine H Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge