UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| JOHNNY FIGUEROA, | |
|---|---|
| Plaintiff, | 19 Civ. 11178 (KPF) (KHP) |
| -v.- | **ORDER** |
| THE CITY OF NEW YORK, et al., | |
| Defendants. | |

KATHERINE POLK FAILLA, District Judge:

On June 22, 2021, the Court granted the parties' joint application to stay discovery in this matter to allow the parties to engage in settlement discussions (Dkt. #48), and referred the case to Magistrate Judge Katharine H. Parker for a settlement conference (Dkt. #49). The parties are scheduled to participate in a settlement conference before Magistrate Judge Parker on August 4, 2021. (Dkt. #51). Accordingly, the status conference scheduled for July 22, 2021, at 12:00 p.m., is hereby ADJOURNED *sine die*.

SO ORDERED.

Dated: July 13, 2021
New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge