USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 08/03/2021

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X

JOHNNY FIGUEROA,

                                  Plaintiff,

        -against-

THE CITY OF NEW YORK, et al.,

                                Defendants.
----------------------------------------------------------------X

**ORDER CONVETING SETTLEMENT CONFERENCE TO TELEPHONIC**

**19-CV-11178 (KPF)**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE**

       The Settlement Conference in this matter scheduled for **Wednesday, August 4, 2021 at 11:00 a.m.** is hereby converted to a telephonic conference. The Parties' should call into the court conference line at **(866) 434-5269 Code: 4858267** at the scheduled time. **A security code will be emailed to counsel by chambers for his proceeding.**

       SO ORDERED.

Dated: August 3, 2021
       New York, New York

*Katharine H Parker*
_____
KATHARINE H. PARKER
United States Magistrate Judge